# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DEVARON EDNARDO HOLLAND,

      Petitioner,

                                       CIVIL CASE NO. 05-73532
                                       Criminal No. 00-80921-02
v.                                     HON. LAWRENCE P. ZATKOFF

UNITED STATES OF AMERICA,

      Respondent.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

      This matter is currently before the Court on Magistrate Morgan's Report and Recommendation in which the Magistrate Judge recommends that Petitioner's request for habeas relief be denied. Petitioner filed an objection to the Magistrate's Report and Recommendation on February 13, 2006.

      After a thorough review of the court file, Petitioner's and Respondent's briefs, the Report and Recommendation, and Petitioner's Objection, this Court ADOPTS the Report and Recommendation and enters it as the findings and conclusions of this Court. Accordingly, the Court HEREBY DENIES Petitioner's request for habeas relief.

      IT IS SO ORDERED.

                                                         s/Lawrence P. Zatkoff
                                                         LAWRENCE P. ZATKOFF
                                                         UNITED STATES DISTRICT JUDGE

Dated: March 2, 2006

CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on March 2, 2006.

                                              s/Marie E. Verlinde  
                                              Case Manager  
                                              (810) 984-3290